IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV438-1
3:06CR74

| | |
|---|---|
| HOWELL W. WOLTZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon the Petitioner's Motion for Recusal (Doc. No. 3), filed October 20, 2008, and Petitioner's Motion to Amend (Doc. No. 9), filed November 26, 2008.

After careful review of the motions and case file, the undersigned finds that the United States Attorney should file a response to these two motions.

**THEREFORE, IT IS HEREBY ORDERED that** no later than thirty (30) days from the filing of this Order, the United States Attorney shall file a response to Petitioner's Motion for Recusal (Doc. No. 3) and Petitioner's Motion to Amend (Doc. No. 9).

This 2 March 2009.

_____
W. Earl Britt
Senior U.S. District Judge