# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Howell W. Woltz,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv438/3:06cr74

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2010 Order.

Signed: November 8, 2010

Frank G. Johns, Clerk
United States District Court