IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV438-1

HOWELL W. WOLTZ, )
)
    Petitioner, )
)
v. ) **O R D E R**
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

This matter is before the court on defendant's renewed motion for recusal. Having fully considered the motion, it is DENIED.

This the 18 February 2011.

_____
W. Earl Britt
Senior U.S. District Judge